

No. 14–0070/AR.  U.S. v. Steven V. Ragels.  CCA 20110955.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0071/AR.  U.S. v. Travis D. Jones.  CCA 20110679.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0072/AR.  U.S. v. Eddie N. Dividu, Jr.  CCA 20120355.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0073/AR.  U.S. v. Jose A. Guzman–Bonano.  CCA 20120011.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

Friday, September 27, 2013

No. 14–0074/AR.  U.S. v. Ryan J. Calderon.  CCA 20120014.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0078/AR.  U.S. v. Michael B. Moll.  CCA 20120472.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 15, 2013.

No. 14–0079/AR.  U.S. v. Sean G. Zepeda.  CCA 20120196.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 16, 2013.

Monday, September 30, 2013